IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00255-AP

REGINALD HAWTHORNE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
CHARLES E. BINDER
Binder and Binder
215 Park Avenue South, 6th floor
New York, New York 10003
(212) 677-6801
fedcourt@binderandbinder.com

<u>For Defendant</u>:
THOMAS H. KRAUS
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-0017
tom.kraus@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed:**  02/05/07

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:**  02/26/07

    **C.**    **Date Answer and Administrative Record Were Filed:**  04/27/07

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7.  OTHER MATTERS**

None.

**8.  PROPOSED BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due:**  June 15, 2007

    **B.**    **Defendant's Response Brief Due:** July 30 2007

    **C.**    **Plaintiff's Reply Brief (If Any) Due:** August 13, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Oral Argument not requested.

    B.    **Defendant's Statement:** Oral Argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 8th day of <u>May</u>, 2007.

                                                      BY THE COURT:

                                                      <u>S/John L. Kane</u>
                                                      U.S. DISTRICT COURT JUDGE

APPROVED:

                                    UNITED STATES ATTORNEY

| s/ Charles E. Binder | s/ Thomas H. Kraus |
|---|---|
| By: CHARLES E. BINDER | By: THOMAS H. KRAUS |
| Binder and Binder, P.C. | Special Assistant U.S. Attorney |
| 215 Park Avenue South, 6th floor | 1961 Stout St., Suite 1001A |
| New York, New York 10003 | Denver, Colorado  80294 |
| Telephone: (212) 677-6801 | Telephone: (303) 844-0017 |
| fedcourt@binderandbinder.com | tom.kraus@ssa.gov |
| | |
| Attorney for Plaintiff | Attorneys for Defendant |