IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **07-cv-255-AP**

**REGINALD W. HAWTHORNE,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Amended Stipulated Motion Regarding Attorney Fees (doc. #23), filed September 12, 2007, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$5,500.00** in full satisfaction of any claim for fees, costs and other expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412..

Dated at Denver, Colorado, this 12th day of September, 2007.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT